# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0585.  JARCAROL CHAMBERS v. ALAN CARTER, WARDEN.**

Jarcarol Chambers was convicted of cruelty to children, and his conviction was affirmed on appeal.  See *Chambers v. State*, 313 Ga. App. 39 (720 SE2d 358) (2011).  He subsequently filed a petition for a writ of habeas corpus.  After the superior court denied his petition, Chambers appealed to this Court.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  11/18/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*